# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenneth Riley,<br><br>   *Plaintiff,*<br><br>v.<br><br>Borough of Eddystone, et al,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 24-1835 |

## ORDER

**AND NOW**, this 20th day of November 2024, upon consideration of Defendant Eddystone's Motion to Dismiss for Failure to State a Claim (ECF No. 22), and Plaintiff's Response in Opposition (ECF No. 25), it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. Plaintiff's hostile-work-environment claim is **DISMISSED with prejudice**. The Motion is **DENIED** with respect to the intentional-discrimination and retaliation claims.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                Gerald J. Pappert, J.