IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenneth Riley,<br><br>            *Plaintiff,*<br><br>  v.<br><br>Borough of Eddystone, et al.,<br><br>            *Defendants.* | CIVIL ACTION<br>NO. 24-1835 |

## ORDER

**AND NOW**, this 22nd day of May 2025, upon consideration of Dawn Jones's Motion for Summary Judgment (ECF No. 41), Riley's Response (ECF No. 46), the Motion for Summary Judgment by the Borough of Eddystone, Rob Yannuzzi, William Stewart, Randy Perry and Ronald Hughes (ECF No. 42), and Riley's Response (ECF No. 47), and after holding oral argument (ECF Nos. 56, 58), it is **ORDERED** that Jones's Motion is **GRANTED** and the Borough Defendants' Motion is **GRANTED in part** and **DENIED in part**. Riley may proceed to trial on his First Amendment retaliation claims against the Borough, Yannuzzi, Stewart, Perry and Hughes, and he may proceed to trial on his Title VII and PHRA retaliation claims against the Borough.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.